FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DEC 1 4 2016

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
v.                             )
                               )  No.
ROGERICK AMOS,                 )
JEREMIAH KNIGHTEN, and         )
STEVEN BAYNHAM,                )
                               )
          Defendants.          )

## 4:16CR526 HEA/JMB

### INDICTMENT

### COUNT I

The Grand Jury charges that:

Beginning on an unknown date and continuing for a time period, including July 2016 through October 2016 with the exact dates unknown, within the Eastern District of Missouri, and elsewhere,

**ROGERICK AMOS,
JEREMIAH KNIGHTEN, and
STEVEN BAYNHAM,**

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree together with one or more other persons known and unknown to the Grand Jury, to commit the following offenses against the United States:   to distribute and possess, with the intent to distribute, a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 846, and punishable under Title 21, United States Code, Section 841(a)(1)(C).

## COUNT II

The Grand Jury further charges that:

On or about July 26, 2016, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

### STEVEN BAYNHAM,

the defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT III

The Grand Jury further charges that:

On or about July 28, 2016, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

### STEVEN BAYNHAM,

the defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT IV

The Grand Jury further charges that:

On or about August 3, 2016, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

### ROGERICK AMOS,

the defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT V

The Grand Jury further charges that:

On or about August 8, 2016, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

### JEREMIAH KNIGHTEN,

the defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT VI

The Grand Jury further charges that:

On or about August 25, 2016, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

3

**ROGERICK AMOS,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT VII

The Grand Jury further charges that:

On or about August 25, 2016, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

**ROGERICK AMOS,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of Fentanyl, a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT VIII

The Grand Jury further charges that:

On or about October 12, 2016, in the County of St. Louis, Missouri, within the Eastern District of Missouri,

**STEVEN BAYNHAM,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance,

4

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____

ERIN O. GRANGER, #53593MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200

5